IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE:<br>JUSTIN GREGORY JORDAN<br>CHRISTA MARIE JORDAN,<br>     Debtors. | Case No.   19-31122<br>S.S.# xxx-xx-3985<br>S.S.# xxx-xx-0464<br>Chapter 7 Bankruptcy |
| REBECCA H. FISCHER,<br><br>     Plaintiff,<br><br>vs.<br><br>CARVANA, LLC,<br><br>     Defendant. | ADVER. PROC. NO. 19-____ |

## COMPLAINT

Plaintiff Rebecca Hoyt Fischer, Chapter 7 Trustee (the "Trustee") of Justin Gregory Jordan and Christa Marie Jordan (collective "the Debtors"), brings this adversary proceeding pursuant to 11 U.S.C. § 547 against Carvana, LLC ("Carvana") and in support thereof states:

1.  On June 24, 2019, (the "Petition Date"), Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Indiana (South Bend Division).   The subsequent bankruptcy case was entitled *Justin Gregory Jordan and Christa Marie Jordan* (Case No. 18-31852) (the "Bankruptcy Case").

2.  The claims asserted in this adversary proceeding arise in, arise under, or are related to the Bankruptcy Case.   Accordingly, this court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 157 and 1334 (b).

3.  This adversary proceeding is a core proceeding within the meaning of one or more subsections of 28 U.S.C. § 157 (b)(2).   This adversary proceeding relates to the Bankruptcy Case.

4. Pursuant to 28 U.S.C. § 1409, the United States Bankruptcy Court for the Northern District of Indiana (South Bend Division) is the proper venue for this adversary proceeding.

5. On April 24, 2019, Debtor Justin Jordan purchased and obtained possession of a 2015 Jeep Compass Latitude vehicle having VIN#1C4NJDEB2FD365883 (the "Vehicle") from Carvana, LLC.

6. On May 25, 2019, Carvana perfected its security interest in the Vehicle, 31 days after the Debtor Justin Jordan received possession of the Vehicle. A copy of the Indiana Official Title & Lien Record is attached hereto, redacted as required, as Exhibit "A".

7. Carvana's recording of its lien on the Vehicle's title more than 30 days after the Debtor Justin Jordan received possession of the Vehicle and on or within 90 days prior to the Petition Date (the "Preference") is a preference which may be avoided by the Trustee.

8. As a matter of law pursuant to 11 U.S.C. § 547 (f), the Debtors are presumed to have been insolvent on and during the ninety days immediately preceding the Petition Date, being July 14, 2018 through October 12, 2018 ("Preference Period").

9. The Debtors were, in fact, insolvent at all times during the Preference Period.

10. The Preference was made for the benefit of Carvana, a creditor of the Debtor Justin Jordan, on account of antecedent debts due and owing from the Debtor Justin Jordan to Carvana before the Preference was made.

11. The Preference enabled Carvana to receive more on account of antecedent debts than Carvana would have received if the lien had not been recorded and Carvana received payment on account of the corresponding antecedent debt as an unsecured creditor to the extent provided by the provisions of the Bankruptcy Code.

12. Pursuant to 11 U.S.C. § 547, the Trustee may avoid the Preference.

13. Carvana was the initial transferee of the Preference or an immediate or mediate transferee of the initial transferee of the Preference.

14. Pursuant to 11 U.S.C. § 550, the Trustee may recover the Preference or, if the court so orders, the value of the Preference, from Carvana.

15. The lien was not recorded within 30 days after the Debtor Justin Jordan received possession of the Vehicle, as required for a defense under 11 U.S.C. § 547(c)(3)(B).

WHEREFORE, the Trustee respectfully requests that this court enter a judgment in her favor providing her with the following relief against Carvana, LLC:

A. That this court adjudge, decree and declare that the recording of Carvana's lien on the Vehicle was a voidable preference under 11 U.S.C. § 547 and that this court set aside, avoid and hold the lien to be null and void, and that Carvana is an unsecured creditor.

B. That this court adjudge, decree and declare that the value of the avoided lien on the Vehicle be preserved for the benefit of the bankruptcy estate pursuant to 11 U.S.C. §551.

C. That the Trustee be allowed such other and further relief to which she may be entitled as a matter of law or equity.

Dated: September 5, 2019

/s/Rebecca Hoyt Fischer #10537-72
Rebecca Hoyt Fischer, Trustee
LADERER & FISCHER, P.C.
525 E. Colfax Ave., Unit #101
South Bend, IN 46617
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

# Indiana Official Title & Lien Record

## Basic Information

**Title Number:** 19788101000075
**Branch Number:** 788
**Last Action:** None

**Purchased:** 4/24/2019
**Issued:** 5/25/2019

*(handwritten: > 31 days)*

## Vehicle Information

**Make:** JEEP
**FTN:** None
**VIN:** 1C4NJDEB2FD365883
**Out of State Title:** 004D019077038
**Year:** 2015
**Type:** TRUCK

**Model:** COMPASS LATITUDE
**Odometer Brand:** ACTUAL READING
**Odometer Reading:** 60863
**Title Brand:** CLEAR
**Damage Brand:** None

## Owner Information

**Name:** JUSTIN GREGORY JORDAN
**Address:**
317 N RIVERSIDE DR
WINAMAC, IN 469961320

**SSN:** ***-**-3985

*(handwritten: Filed 6/24/19)*
*(handwritten: 3/26/19 - 6/24/19 Preference period)*

### Special Mailing Address

317 N RIVERSIDE DR
WINAMAC, IN 469961320

## Pending Lien Information

**State Pending Lien Count:** 0

## First Lien Information

**Name:** CARVANA LLC
**Address:**
PO BOX 29002
PHOENIX, AZ 85038-9002

## Second Lien Information

None

## Third Lien Information

None

## Criteria Searched

Title ID: 157407718, Client ID: 19-31122, SSN: *****3985